The facts are the same as those stated in the opinion in *Nutting* v. *City of Los Angeles et al., ante,* p. 519.

Albert Lee Stephens, City Attorney, Charles S. Burnell, Assistant City Attorney, and Arthur M. Ellis, for Appellants.

Stephens & Stephens, for Respondent.

THE COURT.—This action was tried together with No. 2391, *Nutting* v. *City of Los Angeles et al., ante,* p. 519, [170 Pac. 680], in which the decision of this court was filed to-day; the two cases being tried upon the same evidence. The opinion written in the Nutting case covers all of the questions which we find it necessary to determine in this case. Upon the authority of that decision, the judgment appealed from herein is reversed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on February 7, 1918.

---

[Civ. No. 2467. Second Appellate District.—December 10, 1917.]

ALVINA M. MURPHY et al., Respondents, v. THE CITY OF LOS ANGELES (a Municipal Corporation), et al., Appellants.

STREET ASSESSMENT — OPENING OF STREET UNDER ACT OF 1903 — PROCEEDINGS OF CITY COUNCIL WHEN CONCLUSIVE.—Judgment reversed on authority of *Nutting* v. *City of Los Angeles et al., ante,* p. 519.

APPEAL from a judgment of the Superior Court of Los Angeles County. Lewis R. Works, Judge.

The facts are the same as those stated in the opinion in *Nutting* v. *City of Los Angeles et al., ante,* p. 519.

Albert Lee Stephens, City Attorney, Charles S. Burnell, Assistant City Attorney, and Arthur M. Ellis, for Appellants.

Hanson, Hackler & Heath, for Respondents.

THE COURT.—This action was tried together with No. 2391, *Nutting* v. *City of Los Angeles et al., ante,* p. 519, [170 Pac. 680], in which the decision of this court was filed to-day; the two cases being tried upon the same evidence. The opinion written in the Nutting case covers all of the questions which we find it necessary to determine in this case. Upon the authority of that decision, the judgment appealed from herein is reversed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on February 7, 1918.

---

[Civ. No. 2468. Second Appellate District.—December 10, 1917.]

THE RINDGE COMPANY (a Corporation), Respondent, v. THE CITY OF LOS ANGELES (a Municipal Corporation), et al., Appellants.

STREET ASSESSMENT—OPENING OF STREET UNDER ACT OF 1903—PROCEEDINGS OF CITY COUNCIL — WHEN CONCLUSIVE. — Judgment reversed on authority of *Nutting* v. *City of Los Angeles et al., ante,* p. 519.

APPEAL from a judgment of the Superior Court of Los Angeles County. Lewis R. Works, Judge.

The facts are the same as those stated in the opinion in *Nutting* v. *City of Los Angeles et al., ante,* p. 519.

Albert Lee Stephens, City Attorney, Charles S. Burnell, Assistant City Attorney, and Arthur M. Ellis, for Appellants.

Edw. F. Wehrle, for Respondent.

THE COURT.—This action was tried together with No. 2391, *Nutting* v. *City of Los Angeles et al., ante,* p. 519, [170 Pac. 680], in which the decision of this court was filed to-day; the two cases being tried upon the same evidence. The opinion written in the Nutting case covers all of the questions which we find it necessary to determine in this case. Upon the authority of that decision, the judgment appealed from herein is reversed.